Stuart T. Barasch, Esq.
Attorney for Plaintiff
Of Counsel, Olinsky Law Group
P.O. Box 961719
El Paso, TX 79996
Telephone: (213) 621-7622
Facsimile: (213) 621-2536
Email: Stuartbarasch@gmail.com

Attorney for Plaintiff, Shirley Ann Herron

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY ANN HERRON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | CASE NO. 1:21-cv-00689-EPG<br><br>JOINT STIPULATION FOR AN EXTENSION OF TIME; ORDER<br><br>(ECF No. 11) |

　　　Plaintiff, by their attorney and Counsel for Defendant, hereby move for extension of time for Plaintiff to serve Plaintiff's opening brief, with the other deadlines set forth in the Scheduling Order extended accordingly. This is Counsel's first request for an extension in this matter. The request for an extension of time is for 60 days. Plaintiff's opening brief is currently due to the Commissioner on February 25, 2022.

　　　Due to the backlog of transcripts created by COVID-19 and the Commissioner's response, the Commissioner is able to produce records at a rapid pace. As a result, this has caused multiple, simultaneous filing deadlines that cannot be met. Plaintiff cannot meet the current briefing deadline. This extension is needed to thoroughly and properly prepare the brief.

1

This is our first request. This request is not made with the purposes to delay, but to allow for thorough and proper preparation of the opening letter brief.

Therefore, with the Court's approval, the scheduling order would be adjusted to permit 60 days for Plaintiff's serving of their opening brief on or before April 26, 2022, with all other dates in the Court's scheduling order to be extended accordingly. Counsel for Plaintiff has conferred with Counsel for Defendant, who has no objection to this request.

Respectfully submitted,

Dated: February 16, 2022

/s/ *Stuart Barasch*
Stuart T. Barasch, Esq.
Attorney for Plaintiff
Of Counsel, Olinsky Law Group
P.O. Box 961719
El Paso, TX 79996
Telephone: (213) 621-7622
Facsimile: (213) 621-2536
Email: Stuartbarasch@gmail.com

/s/*Jeffrey E. Staples*
Jeffrey E. Staples, Esq.
Special Assistant United States Attorney
701 Fifth Avenue, Columbia Tower
Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-3706
Email: jeff.staples@ssa.gov

**ORDER**

Based on the above stipulation (ECF No. 11), IT IS ORDERED that Plaintiff shall file Plaintiff's opening brief no later than April 26, 2022. All other deadlines in the Court's scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated:   **February 18, 2022**                    /s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE