PHILLIP A. TALBERT
United States Attorney
WILLY M. LE
Acting Regional Chief Counsel, Region VI
PETER K. THOMPSON, of Counsel
Acting Regional Chief Counsel, Region IX
Social Security Administration
TRACEY WIRMANI, TXBN 24088661
Special Assistant United States Attorney
    Office of the General Counsel – Suite 350
    Social Security Administration
    1301 Young Street, Mailroom 104
    Dallas, Texas 75202
    Telephone: (214) 767-4529
    E-Mail: tracey.wirmani@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| SHIRLEY ANN HERRON,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:21-cv-00689-EPG<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME<br><br>(ECF No. 15) |

Pending the Court's approval, the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from May 22, 2022, up to and including June 21, 2022. This is the Defendant's first request for an extension.

Defendant requests this extension due to a heavy workload and conflicting deadlines, including other brief deadlines on this same due date.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

|    |                          |     |                                                              |
|----|--------------------------|-----|--------------------------------------------------------------|
| 1  |                          |     |                                                              |
| 2  |                          |     | Respectfully submitted,                                      |
| 3  | Dated:  May 19, 2022     |     | */s/ Stuart Barasch\**                                        |
| 4  |                          |     | (*as authorized via e-mail on May 19, 2022) STUART BARASCH   |
| 5  |                          |     | Attorney for Plaintiff                                       |
| 6  | Dated: May 19, 2022      |     | PHILLIP A. TALBERT                                           |
| 7  |                          |     | United States Attorney                                       |
| 8  |                          |     | WILLY M. LE                                                  |
| 9  |                          |     | Acting Regional Chief Counsel, Region VI                     |
| 10 |                          |     | PETER THOMPSON                                               |
| 11 |                          |     | Acting Regional Chief Counsel, Region IX Social Security Administration |
| 12 |                          | By: | /s/ *Tracey Wirmani*                                         |
| 13 |                          |     | TRACEY WIRMANI                                               |
| 14 |                          |     | Special Assistant U.S. Attorney                              |
|    |                          |     | Attorneys for Defendant                                      |

# ORDER

Pursuant to the parties' stipulation (ECF No. 15), IT IS SO ORDERED that Defendant shall have an extension, up to and including June 21, 2022, to respond to Plaintiff's opening brief. All other deadlines in the Court's scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated: __May 20, 2022__                    /s/ *Erica P. Grosjean*
                                                          UNITED STATES MAGISTRATE JUDGE