UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY ANN HERRON, <br><br> Plaintiff, <br><br> vs. <br> KILOLO KIJAKAZI, <br> Acting Commissioner of Social Security, <br><br> Defendant. | Case No.: 1:21-cv-00689-EPG <br><br> ORDER RE; DEFENDANT'S MOTION FOR EXTENSION OF TIME <br><br> (ECF No. 17). |

This matter is before the Court on Defendant's motion for a thirty-day extension of time to respond to Plaintiff's Motion for Summary Judgment. (ECF No. 17). As grounds, the motion states that "Defendant's counsel attempted to confer with Plaintiff's counsel regarding potential settlement on four separate occasions but has not yet received a response" and thus "requests additional time to confer with Plaintiff's counsel." (*Id.* at 1-2).

Finding good cause, IT IS ORDERED as follows:

1. Defendant's Motion for an Extension of Time (ECF No. 17) is granted.

2. Defendant shall have an extension, up to and including July 21, 2022, to respond to Plaintiff's Motion for Summary Judgment.

3. All other deadlines in the Court's scheduling order are extended accordingly.

1

4.  Plaintiff's counsel shall confer with Defendant within 14 days from the entry of this order regarding potential settlement of this matter.

IT IS SO ORDERED.

Dated:  **June 21, 2022**                              /s/ Erica P. Grosjean
                                                                    UNITED STATES MAGISTRATE JUDGE