PHILIP. A. TALBERT
United States Attorney
WILLY M. LE
Acting Regional Chief Counsel, Region VI
PETER K. THOMPSON, Of Counsel
Acting Regional Chief Counsel, Region IX
Social Security Administration
TRACEY WIRMANI, TXBN 24088661
    Special Assistant United States Attorney
    Office of the General Counsel, Suite 350
    1301 Young Street, Mailroom 104
    Dallas, Texas 75202
    Telephone: (214) 767-4529
    E-Mail: Tracey.Wirmani@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| SHIRLEY ANN HERRON, ) | Case No. 1:21-cv-00689-EPG |
| Plaintiff, ) | |
| v. ) | STIPULATION TO REMAND AND ORDER |
| KILOLO KIJAKAZI, ) | (ECF No. 19) |
| Acting Commissioner of Social Security,[1] ) | |
| Defendant. ) | |

    IT IS STIPULATED by and between Shirley Ann Herron (Plaintiff) and Defendant Kilolo Kijakazi, Acting Commissioner of Social Security (Defendant), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Defendant for further administrative proceedings.

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Upon remand, the Defendant will, as warranted, further develop the record, re-evaluate the opinion evidence, give Plaintiff an opportunity for a new hearing, and conduct any additional proceedings necessary to issue a new decision.  In addition, Plaintiff and the Court should purge Exhibit B10F of the certified administrative record filed in this case, as it contains a physician's opinion concerning an individual who is not Plaintiff (Court Docket #8, Tr. 559-561).

The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.  This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Respectfully submitted this 24th day of June 2022.

Dated:  June 24, 2022                     *Stuart Barasch**
(*as authorized via e-mail on June 24, 2022)
Attorney for Plaintiff

PHILLIP A. TALBERT
United States Attorney
WILLY M. LE
Acting Regional Chief Counsel, Region VI
PETER K. THOMPSON, Of Counsel
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:   *Tracey Wirmani*
TRACEY WIRMANI
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment (ECF No. 19), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand. The Clerk of the Court is respectfully directed to enter a judgment in favor of Plaintiff and against Defendant. Additionally, given that the stipulation advises that Exhibit B10F of the certified administrative record contains a physician's opinion concerning an individual who is not Plaintiff, the Clerk of Court is directed to seal the certified administrative record. (ECF No. 8).

IT IS SO ORDERED.

Dated:   **July 5, 2022**        /s/ Erica P. Grosjean
                                 UNITED STATES MAGISTRATE JUDGE