UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY ANN HERRON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | No.  1:21-cv-00689-EPG<br><br>ORDER GRANTING UNOPPOSED MOTION FOR ATTORNEY'S FEES PURSUANT TO EQUAL ACCESS TO JUSTICE ACT 28 U.S.C. § 2412(d)<br><br>(ECF No. 26) |

　　　　On September 28, 2022, Plaintiff filed a motion for attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). (ECF No. 26). The next day, Defendant filed a response stating, "Defendant has no objection to Plaintiff's request for attorney fees (ECF No. 26) and will defer to the Court's assessment." (ECF No. 27); *see* Local Rule 230(c) (directing parties to file a statement of non-opposition to motions they do not oppose). Based on the non-opposition, the Court will grant Plaintiff's motion.

　　　　IT IS HEREBY ORDERED that:

1. Plaintiff's motion for attorney's fees (ECF No. 26) is GRANTED;

2. Attorney fees and expenses in the amount of Five Thousand Nine Hundred Twenty-Three Dollars and Eighty-Two Cents ($5,923.82) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) and costs in the amount of Four Hundred Two Dollars ($402.00) under 28 U.S.C. § 1920, are awarded to Plaintiff.

3. If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees, expenses, and costs are not subject to offset allowed under the Department of the Treasury's Offset Program (TOPS), then the check for EAJA fees, expenses, and costs shall be made payable to Plaintiff's Attorneys of Counsel firm, Olinsky Law Group EIN 26-2258247. Any payment of costs may be made either by electronic fund transfer (EFT) or by check.

4. Whether the check is made payable to Plaintiff or to the attorney's office, the check shall be mailed to the following address:

Olinsky Law Group
250 South Clinton Street
Suite 210
Syracuse, NY 13202

IT IS SO ORDERED.

Dated: **September 30, 2022**          /s/ *Erica P. Grosjean*
                                        UNITED STATES MAGISTRATE JUDGE